```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3
                                      15cr10383-WGY
 4

 5

 6

 7

 8   *************************************
                                         *
 9   United States vs. Marvin Antoine    *   JUDGE'S FINDINGS
                                         *
10   *************************************

11

12

13

14

15        BEFORE:  Honorable Judge William G. Young

16

17

18
                       Richard H. Romanow
19                   Official Court Reporter
                    United States District Court
20                      1 Courthouse Way
                   Boston, Massachusetts 02210
21
                         July 11, 2018
22

23

24

25
```

```
 1              THE COURT:  Very well.  All right.  Mr. Marvin
 2   Antoine, in consideration of the offenses of which you
 3   stand convicted, the information from the United States
 4   Attorney, your attorney, the probation office, this
 5   Court, consistent with the plea agreement that I have
 6   accepted, sentences you on -- let's see here.
 7              (Pause.)
 8              THE COURT:  Which is the gun count, which is
 9   the count bearing the mandatory on and after?
10              MS. FOLEY:  Your Honor, Count 9.
11              THE COURT:  That's what I thought.  Thank you.
12        So consistent with your plea agreement,
13   Mr. Antoine, the Court sentences you, on Counts 3, 6,
14   7 -- no, I can do it -- I take that back.
15              MS. FOLEY:  Your Honor, I believe the 851
16   information, which applies to Count 1, which was a
17   conspiracy which charged a 10-year mandatory minimum,
18   which was doubled by the 851 --
19              THE COURT:  So I have to --
20              MS. FOLEY:  Is 20 years for that.
21              THE COURT:  Thank you.  And I appreciate that.
22              MS. FOLEY:  Yes, your Honor.
23              THE COURT:  So on Count 1, I do sentence you
24   to 20 years.  On Counts 3, 6, and 7, I sentence you to
25   10 years.  On Counts 4 and 5, I sentence you to 250
```

```
 1    months, that is 20 years plus 10 months.  On Count 10, I
 2    sentence you to 20 years.  The sentences on each of the
 3    counts just imposed shall run concurrent, one with the
 4    other.  On Count 9, I sentence you to 60 months, 5
 5    years, on and after the sentences just imposed.  For a
 6    total sentence, consistent with the plea agreement, of
 7    300 months.
 8         Thereafter the Court imposes upon you 10 years of
 9    supervised release.  The Court imposes no fine due to
10    your inability to pay a fine.  The Court imposes a $100
11    special assessment as required by the law for a total of
12    $800.  The general conditions of supervised release are
13    imposed and upon your release you must reside -- the
14    follow special conditions.
15         A residential reentry center for a period of 6
16    months or until you can secure suitable housing.  You
17    must participate in a program for substance abuse
18    counseling which may include no more than 104 drug tests
19    per year.  You must participate in a manualized
20    cognitive behavioral treatment program as directed by
21    the probation office, an educational services program as
22    directed by the probation office, a vocational services
23    program as directed by that office.  You must
24    participate in a gambling-specific treatment and
25    evaluation treatment program if deemed necessary by
```

```
 1    probation.
 2         You are prohibited from frequenting establishments
 3    the primary purpose of which is gambling.  You're
 4    prohibited from participating in any gambling
 5    activities.  You will contribute to the costs of these
 6    programs to the extent of your ability to pay.
 7         You'll have credit towards the service of this
 8    sentence from November 22nd, 2015 until the present.
 9         Though the sentence is carefully negotiated,
10    Mr. Antoine, and you have been superbly represented by
11    your attorney, and though it gives me no discretion,
12    it's my sentence.  I am responsible for it.  Both how
13    long it is and also for the fact it's not longer.
14         There is simply no redeeming aspect of this, this
15    whole endeavor, this is out and out brutal, antisocial,
16    utterly immoral, dangerous conduct.  If ever there was
17    an appropriate sentence to provide specific deterrence,
18    this is it.  It's a fair and a just sentence.
19         You do however have the right to appeal.  Should
20    you appeal and should your appeal be successful, in
21    whole or in part, and the case remanded, you'll be
22    resentenced before another judge.  Mr. Sheketoff, if an
23    appeal is decided upon and you want transcript, seek it
24    from this session of the court because I'll turn it
25    around right away.
```

```
 1         Do you understand?
 2              MR. SHEKETOFF:  Yes, your Honor, but I want a
 3     transcript of this sentencing hearing whether or not I
 4     appeal.
 5              THE COURT:  I will so order it.  I can see a
 6     reason for that.
 7              MR. SHEKETOFF:  Thank you.  And I'm private,
 8     so I will pay to it.
 9              THE COURT:  Very well.  We'll recess.
10              MS. FOLEY:  And, your Honor, just, I guess,
11     for the record, so it is included when it's ordered, is
12     there was a waiver of appeal rights.
13              THE COURT:  I went over it.  There may be.
14              MS. FOLEY:  Yes.
15              THE COURT:  He can waive what he wants to
16     waive.  His right stands and should he appeal, we'll get
17     into that issue.
18              MS. FOLEY:  Okay.
19              THE COURT:  I always advise a right to appeal
20     believing there is one.  I haven't forgotten there was a
21     waiver.
22              MS. FOLEY:  Thank you.
23              THE COURT:  We'll recess.
24              (Ends, 2:30 p.m.)
25
```